IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK CHAMBERS,

    Petitioner,

v.

P/O TIMOTHY BOGAN, et al.,

    Respondents.

CIVIL ACTION
NO. 19-4131

## **ORDER**

**AND NOW**, this 15th day of January 2020, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Thomas J. Reuter (Doc. No. 7), Petitioner's Objections to the Report and Recommendation (Doc. No. 8), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation (Doc. No. 8) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 7) is **APPROVED AND ADOPTED**.

3. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. A Certificate of Appealability **SHALL NOT** issue because Petitioner has not made a credible showing that a procedural ruling was incorrect or a substantial showing of a deprivation of constitutional rights.

5. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.