**CHAMBERSOCIETY**
MARK CHAMBERS #859335
8151 STATE ROAD
PHILADELPHIA, PA. 19136

EASTERN DISTRICT COURT                                    NOVEMBER 17, 2020
601 MARKET STREET
PHILADELPHIA, PA. 19106

I am writing this letter in order to gain information about re-opening case # 2:19-cv-04131. A decision to dismiss without prejudice was made in this matter for a failure to exhaust lower court remedies on January 15, 2020, by the honorable Joel h. Slomsky. This decision was made even though objections were made.

In the courts opinion filed January 15, 2020, the honorable Slomsky stated, "once [petitioner] has exhausted state court remedies, the federal courts will of course be open to him, if need be, to entertain any petition for habeas corpus relief which may be presented."

Due to this information it draws the question, "can I continue on the same habeas corpus or do I have to re-file another petition? I have just recently been given the opportunity to have a suppression hearing on August 26, 2020 and on September 14, 2020, but for very obvious reasons, the court is intentionally delaying a ruling.

The hearing was first scheduled to be ruled upon October 19, 2020 and on that day, the court informed me that there was a pending indictment and the federal courts would be coming to getting me by November 10th, in which they did not. I was also advised that if the federal court do not come and get me by the 10th, then this court would rule on my motion to suppress on November 17th. In which is the reason now I am inquiring about the original habeas petition, due to the fact, I have still yet to receive a ruling.

This court has intentionally been delaying my court proceedings since September 6, 2019 when I waived counsel and petitioned the courts to precede pro-se and now that the police officers credibility is at issue, the court has, decided to prolong the inevitable.

I do not know if this is a legal question or is this a question that can be answered by yourself, but in any event please advise accordingly if you can and please send any needed forms to proceed properly. I thank you in advance and appreciate your time and patience.

SINCERELY AND RESPECTFULLY
MARK CHAMBERLAIN AKA MARK CHAMBERS
#859335

Mr. MARK CHAMBERS
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 959335

PHILADELPHIA PA 190
17 DEC 2020 PM 7 L

JAMES A. BYRNE
(U.S. COURTHOUSE) EASTERN DISTRICT COURT
601 MARKET ST.
ROOM 2609
PHILA., PA. 19106

19106172900019